No. 11–18. ZOOCATS, INC., ET AL. *v.* DEPARTMENT OF AGRICULTURE. C. A. 5th Cir. Certiorari denied.

No. 11–19. CRAGER *v.* RUNYAN ET AL. Sup. Ct. Ark. Certiorari denied.

No. 11–20. BRUEN *v.* LEGRAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–21. BOWDEN ET AL. *v.* KIRKLAND & ELLIS, LLP. C. A. 7th Cir. Certiorari denied.

No. 11–23. MIDDLEBROOKS *v.* ST. COLETTA OF GREATER WASHINGTON, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–24. MITCHELL *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 11–25. LILLO, PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLO *v.* BRUHN ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–28. MALCOLM *v.* HONEOYE FALLS LIMA CENTRAL SCHOOL DISTRICT. C. A. 2d Cir. Certiorari denied.

No. 11–29. MALONE *v.* SHERMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–30. MORRISON ENTERPRISES, LLC *v.* DRAVO CORP. C. A. 8th Cir. Certiorari denied.

No. 11–31. TALBERT *v.* JUDICIARY OF THE STATE OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–32. WELLS FARGO BANK, N. A. *v.* ISSACS ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 11–33. HASSAN *v.* MORAWCZNSKI. C. A. 9th Cir. Certiorari denied.

No. 11–34. FLINT *v.* COACH HOUSE, INC., ET AL. Ct. App. Ky. Certiorari denied.